| | |
|---|---|
| 1 | SCOTT N. SCHOOLS (SCSBN 9990) |
|   | United States Attorney |
| 2 | JOANN M. SWANSON (CSBN 88143) |
|   | Chief, Civil Division |
| 3 | EDWARD A. OLSEN (CSBN 214150) |
|   | Assistant United States Attorney |
| 4 | |
| 5 | 450 Golden Gate Avenue, Box 36055 |
|   | San Francisco, California 94102 |
|   | Telephone: (415) 436-6915 |
| 6 | Facsimile: (415) 436-6927 |
| 7 | Attorneys for Plaintiff |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | C 07 5388 |
|---|---|---|
| Plaintiff, | ) Civil No. | |
| v. | ) | |
| An undetermined quantity of variously labeled cases of an article of drug and cosmetic, each case containing various quantities of boxes, each box containing 1/0.2 ounce tube, in part: | ) ) ) ) ) ) | APPLICATION FOR WARRANT FOR ARREST IN REM |
| (case) | ) | |
| "*** EMBARGOED ***" | ) | |
| (box and tube) | ) | |
| "*** Age Intervention *** EYELASH *** .2 fl. oz. *** Made in USA for Jan Marini Skin Research, Inc. *** San Jose, CA ***," | ) ) ) ) | |
| Defendant. | ) | |

The United States of America, through its counsel, respectfully requests this Court to issue the attached warrant of arrest in rem pursuant to Supplemental Rule G(3)(b)(ii) of the Federal Rules of Civil Procedure. In support of its application, the United States states the following:

1. On October 22, 2007, the United States filed a complaint in rem for forfeiture in the above-captioned case. The complaint seeks forfeiture of an undetermined quantity of variously

labeled cases of an article of drug and cosmetic in the possession of Jan Marini Skin Research, Inc., 6951 Via del Oro, San Jose, California, labeled Age Intervention Eyelash.

2. The property described in Paragraph 1 is not presently in the possession, custody or control of the United States and is not presently subject to any judicial restraining order.

3. The Age Intervention Eyelash product at the Jan Marini Skin Research, Inc., premises has been embargoed by the State of California, Department of Health Services, since September 14, 2006.

4. Supplemental Rule G(3)(b)(ii) provides that if property is subject to forfeiture in a civil forfeiture case, and the property is not in the Government's possession, custody or control and is not subject to a restraining order, the Court "on a finding of probable cause, must issue a warrant to arrest the property."

5. The facts supporting a finding of probable cause to believe the property described in Paragraph 1 is subject to forfeiture are set forth in the Complaint, as verified by Warren E. Savary, Compliance Officer for the Food and Drug Administration.

WHEREFORE, the United States respectfully requests that the Court find that there is probable cause to believe that the property is subject to forfeiture, issue the attached warrant of arrest in rem directing the U.S. Marshals Service to arrest the defendant property.

Dated:   October 22, 2007

SCOTT N. SCHOOLS
UNITED STATES ATTORNEY

EDWARD A. OLSEN
Assistant United States Attoreny