1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2

3  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
4
   EDWARD A. OLSEN (CSBN 214150)
   Assistant United States Attorney
5
      450 Golden Gate Avenue, Box 36055
6     San Francisco, California 94102
      Telephone: (415) 436-6915
7     FAX: (415) 436-7169

8  Attorneys for Plaintiff

9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                         SAN FRANCISCO DIVISION
12

13 | UNITED STATES OF AMERICA,           )
14 |                   Plaintiff,        )    No. C 07-5388 JL
   |                                     )
15 |       v.                            )    **NOTICE OF FORFEITURE ACTION**
   |                                     )
16 | An undetermined quantity of variously)
   | labeled cases of an article of drug and)
17 | cosmetic, each case containing various)
   | quantities of boxes, each box containing)
18 | 1/0.2 ounce tube, in part:           )
   |                                     )
19 | (case)                              )
   |                                     )
20 | "*** EMBARGOED ***"                 )
   |                                     )
21 | (box and tube)                      )
   |                                     )
22 | "*** Age Intervention *** EYELASH   )
   | *** .2 fl. oz. *** Made in USA for Jan)
23 | Marini Skin Research, Inc. *** San Jose,)
   | CA ***,"                            )
24 |                                     )
   |                   Defendants.       )
25 |_____)

26     On October 22, 2007, the United States Attorney for the Northern District of California filed

27 a Verified Complaint for Forfeiture against the above-captioned articles, pursuant to Title 21,

28 United States Code, Section 334 and an Arrest Warrant In Rem was issued by the Hon. James

NOTICE OF FORFEITURE ACTION
No. C 07-5388 JL

1  Larson, United States District Court Judge.
2      Pursuant to rule G(4)(b) of the Supplemental Rules for Admiralty or Maritime and Asset
3  Forfeiture Claims, direct notice of this action was sent to Stewart Stone, Esq., counsel for Jan
4  Marini Skin Research, Inc., at 6951 Via del Oro, San Jose, CA 95119, on November 27, 2007.
5      Any person who asserts an interest in the defendant property may contest the forfeiture by
6  filing a claim in the United States District Court, Northern District of California, 450 Golden
7  Gate Avenue, 16th Floor, San Francisco, California 94102 under case <u>U.S. v. An undetermined
8  quantity ... of an article of drug and cosmetic ... Age Intervention, et al</u>, C 07-5388-JL, by January
9  4, 2008 in accordance with Rule G(5) of the Supplemental Rules for Admiralty or Maritime and
10 Asset Forfeiture Claims.  Additionally, a claimant must serve and file an answer to the complaint
11 or a motion under Rule 12 of the Federal Rules of Civil Procedure within 20 days after filing the
12 claim.
13     Claims and Answers are to be filed with the Clerk, United States District Court, Northern
14 District of California, 450 Golden Gate Avenue, 16th Floor, San Francisco, California 94102 with
15 a copy thereof sent to Edward A. Olsen, Assistant United States Attorney, United States
16 Attorney's Office, 450 Golden Gate Avenue, 9th Floor, San Francisco, California 94102.
17 DATED: November 27, 2007    Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

/s/ Edward A. Olsen
EDWARD A. OLSEN
Assistant United States Attorney

NOTICE OF FORFEITURE ACTION
No. C 07-5388 JL    2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she is causing a copy of the following: **NOTICE OF FORFEITURE ACTION** to be served this date upon the party(ies) indicated below at the address(es) shown:

Stewart Stone, Jr., Esq.  
Vice President & General Counsel  
Jan Marini Skin Research, Inc.  
6951 Via del Oro  
San Jose, CA 95119

Paul M. Hyman, Esq.  
Hyman, Phelps & McNamara, P.C.  
700 13th Street, NW, Suite 1200  
Washington, DC 20005

Meredith Manning, Esq.  
Hogan & Hartson, LLP  
555 13th Street, NW  
Washington, DC 20004

√    **BY CERTIFIED MAIL** by placing a true copy thereof in a sealed envelope with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

\_\_\_\_    **BY PERSONAL SERVICE (BY MESSENGER):** I caused such envelope to be delivered by hand to the person or offices of each addressee above.

\_\_\_\_    **BY FACSIMILE (FAX):** I caused each such document to be sent by facsimile to the person or offices of each addressee above.

\_\_\_\_    **BY E-MAIL:** I caused each such document to be sent by e-mail to the person or offices of each address above.

\_\_\_\_    **BY FEDERAL EXPRESS**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 27th day of November, 2007 at San Francisco, California.

*[signature]*  
KATHY TERRY  
Legal Assistant