SCOTT N. SCHOOLS (SC 9990)
United States Attorney

JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division

EDWARD A. OLSEN (CSBN 214150)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6915
    FAX: (415) 436-7169

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
|     Plaintiff, | No. C 07-5388 JL |
|     v. | **PROOF OF SERVICE** |
| An undetermined quantity of variously labeled cases of an article of drug and cosmetic, each case containing various quantities of boxes, each box containing 1/0.2 ounce tube, in part: | |
| (case) | |
| "*** EMBARGOED ***" | |
| (box and tube) | |
| "*** Age Intervention *** EYELASH *** .2 fl. oz. *** Made in USA for Jan Marini Skin Research, Inc. *** San Jose, CA ***," | |
|     Defendants. | |

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that on November 27, 2007, she

PROOF OF SERVICE
No. C 07-5388 JL

caused a copy of **Complaint in Rem for Forfeiture, Application for Warrant for Arrest in Rem, Warrant For Arrest In Rem, Electronic Case Filing Program, Order Setting Initial Case Management Conference and ADR Deadlines, Notice of Availability of Magistrate Judge to Exercise Jurisdiction and Notice of Forfeiture Action** to be served by certified mail upon the party(ies) at the address(es) stated below, which is/are the last known address(es):

Stewart Stone, Jr., Esq.  
Vice President & General Counsel  
Jan Marini Skin Research, Inc.  
6951 Via del Oro  
San Jose, CA 95119

Paul M. Hyman, Esq.  
Hyman, Phelps & McNamara, P.C.  
700 13th Street, NW, Suite 1200  
Washington, DC 20005

Meredith Manning, Esq.  
Hogan & Hartson, LLP  
555 13th Street, NW  
Washington, DC 20004

√    **BY CERTIFIED MAIL** by placing a true copy thereof in a sealed envelope with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

_____    **BY PERSONAL SERVICE (BY MESSENGER)**: I caused such envelope to be delivered by hand to the person or offices of each addressee above.

_____    **BY FACSIMILE (FAX)**: I caused each such document to be sent by facsimile to the person or offices of each addressee above.

_____    **BY E-MAIL**: I caused each such document to be sent by e-mail to the person or offices of each address above.

_____    **BY FEDERAL EXPRESS**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 27th day of November, 2007 at San Francisco, California.

                    /s/  
               KATHY TERRY  
               Legal Assistant

PROOF OF SERVICE  
No. C 07-5388 JL                 2