JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
EDWARD A. OLSEN (CSBN 214150)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6915
    Facsimile: (415) 436-6927

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Civil No. 07-5388-JL |
| ) | |
| v. ) | |
| ) | |
| An undetermined quantity of variously labeled cases of an article of drug and cosmetic, each case containing various quantities of boxes, each box containing 1/0.2 ounce tube, in part: ) | PROOF OF PUBLICATION |
| ) | |
| (case) ) | |
| ) | |
| "*** EMBARGOED ***" ) | |
| ) | |
| (box and tube) ) | |
| ) | |
| "*** Age Intervention *** EYELASH *** .2 fl. oz. *** Made in USA for Jan Marini Skin Research, Inc. *** San Jose, CA ***," ) | |
| ) | |
| Defendant. ) | |

    The United States hereby submits the attached Proof of Publication by the San Jose Post-Record.

                                                            JOSEPH P. RUSSONIELLO
                                                            United States Attorney

                                                                         /s/
Dated: January 17, 2008                                   EDWARD A. OLSEN
                                                                  Assistant United States Attorney

## SAN JOSE POST-RECORD

95 S. Market St., Ste. 535, SAN JOSE, CA 95113
Telephone (408) 287-4866 / Fax (408) 287-2544

This space for filing stamp only

MICHELLE HOWARD
U.S. MARSHALS SERVICES/ASSETS &
450 GOLDEN GATE AVE BOX 36056
SAN FRANCISCO, CA - 94102

SJ#: 1241946

SJ-1241946#

UNITED STATES
DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA, Plaintiff, v. An undetermined quantity of variously labeled cases of an article of drug and cosmetic, each case containing various quantities of boxes, each box containing 1/0.2 ounce tube, in part: (case) "***EMBARGOED ***" (box and tube) "*** Age Intervention *** EYELASH *** .2 fl. oz. *** Made in USA for Jan Marini Skin Research, Inc. *** San Jose, CA ***," Defendants.

No. C 07-5388 JL

## PROOF OF PUBLICATION

(2015.5 C.C.P.)

State of California         )
County of SANTA CLARA       ) ss

Notice Type:    USM - US MARSHAL S PUBLICATION

Ad Description: C 07-5388 / USA V. VARIOUSLY LABELED CASES OF AN ARTICLE OF DRUG AND COSMETICS....

I am a citizen of the United States and a resident of the State of California; I am over the age of eighteen years, and not a party to or interested in the above entitled matter. I am the principal clerk of the printer and publisher of the SAN JOSE POST-RECORD, a newspaper published in the English language in the city of SAN JOSE, county of SANTA CLARA, and adjudged a newspaper of general circulation as defined by the laws of the State of California by the Superior Court of the County of SANTA CLARA, State of California, under date 02/03/1922, Case No. 27844. That the notice, of which the annexed is a printed copy, has been published in each regular and entire issue of said newspaper and not in any supplement thereof on the following dates, to-wit:

12/07/2007, 12/14/2007, 12/21/2007

Executed on: 12/21/2007
At Los Angeles, California

I certify (or declare) under penalty of perjury that the foregoing is true and correct.

Signature

**NOTICE OF FORFEITURE ACTION**

On October 22, 2007, the United States Attorney for the Northern District of California filed a Verified Complaint for Forfeiture against the above-captioned articles, pursuant to Title 21, United States Code, Section 334 and an Arrest Warrant In Rem was issued by the Hon. James Larson, United States District Court Judge.
Pursuant to rule G(4)(b) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims, direct notice of this action was sent to Stewart Stone, Esq., counsel for Jan Marini Skin Research, Inc., at 6951 Via del Oro, San Jose, CA 95119, on November 27, 2007.
Any person who asserts an interest in the defendant property may contest the forfeiture by filing a claim in the United States District Court, Northern District of California, 450 Golden Gate Avenue, 16th Floor, San Francisco, California 94102 under case U.S. v. An undetermined quantity ... of an article of drug and cosmetic ... Age Intervention, et al, C 07-5388-JL, by January 4, 2008 in accordance with Rule G(5) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims. Additionally, a claimant must serve and file an answer to the complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within 20 days after filing the claim.
Claims and Answers are to be filed with the Clerk, United States District Court, Northern District of California, 450 Golden Gate Avenue, 16th Floor, San Francisco, California 94102 with a copy thereof sent to Edward A. Olsen, Assistant United States Attorney, United States Attorney's Office, 450 Golden Gate Avenue, 9th Floor, San Francisco, California 94102.

DATED: November 27, 2007

Respectfully submitted,
SCOTT N. SCHOOLS
United States Attorney

/s/ EDWARD A. OLSEN
Assistant United States Attorney

12/7, 12/14, 12/21/07

RECEIVED
UNITED STATES MARSHAL
07 DEC 28 PM 2:02
NORTHERN DISTRICT
OF CALIFORNIA

*A00000038 2496*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that on she caused a copy of the following:

**Proof of Publication**

to be served by certified mail upon the party(ies) at the address(es) stated below, which is/are the last known address(es):

Stewart Stone, Jr., Esq.
Vice President & General Counsel
Jan Marini Skin Research, Inc.
6951 Via del Oro
San Jose, CA 95119

Paul M. Hyman, Esq.
Hyman, Phelps & McNamara, P.C.
700 13th Street, NW, Suite 1200
Washington, DC 20005

Meredith Manning, Esq.
Hogan & Hartson, LLP
555 13th Street, NW
Washington, DC 20004

__√__  **BY FIRST CLASS MAIL** by placing a true copy thereof in a sealed envelope with postage thereon fully prepaid on the designated area for outgoing U.S. mail in accordance with this offices' practice.

_____  **BY CERTIFIED MAIL** by placing a true copy thereof in a sealed envelope with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

_____  **BY PERSONAL SERVICE (BY MESSENGER):** I caused such envelope to be delivered by hand to the person or offices of each addressee above.

_____  **BY FACSIMILE (FAX):** I caused each such document to be sent by facsimile to the person or offices of each addressee above.

_____  **BY E-MAIL:** I caused each such document to be sent by e-mail to the person or offices of each address above.

_____  **BY FEDERAL EXPRESS**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed January 17, 2008 at San Francisco, California.

/s/
KATHY TERRY
Legal Assistant