| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO, CSBN 44332<br>United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143<br>Chief, Civil Division |
| 3 | EDWARD A. OLSEN, CSBN 214150<br>Assistant United States Attorney |
| 4 | |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102<br>Telephone: (415) 436-6915 |
| 6 | FAX: (415) 436-7169 |
| 7 | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. C 07-5388-JL |
| Plaintiff, | ) | |
| v. | ) | |
| An undetermined quantity of variously labeled cases of an article of drug and costmetic, each case containing variousl quantities of boxes, each box containing 1/0.2 ounce in tube, in in part: | ) ) ) ) ) ) | **REQUEST TO VACATE CASE MANAGEMENT CONFERENCE; AND [PROPOSED] ORDER**<br><br>Date: January 30, 2008<br>Time: 10:30 a.m. |
| (case) | ) | |
| "***EMBARGOED***" | ) | |
| (box and tube) | ) | |
| "***Age Intervention***EYELASH*** .2 fl. oz. ***Made in USA for Jan Marini Skin Research, Inc.*** San Jose, CA***," | ) ) ) | |
| Defendant. | ) ) | |

The plaintiff in the above-entitled action respectfully asks this Court to vacate the case management conference, based on the following:

1. On October 22, 2007, the United States filed a complaint in rem for forfeiture in the above-captioned case. The complaint seeks forfeiture of an undetermined quantity of variously labeled

REQUEST TO VACATE CMC
C 07-5388-JL                                        1

1 | cases of an article of drug and cosmetic in the possession of Jan Marini Skin Research, Inc., 6951
2 | Via del Oro, San Jose, California, labeled Age Intervention Eyelash.
3 |     2. On November 1, 2007, this Court issued a Warrant of Arrest In Rem.
4 |     3. On November 16, 2007, the defendant property was arrested pursuant to the Warrant of
5 | Arrest In Rem.
6 |     4. A Notice of Forfeiture Action was served by certified mail, return receipt requested, to the
7 | following at their last known addresses:

    Stewart Stone, Jr., Esq.
    Vice President & General Counsel
    Jan Marini Skin Research, Inc.
    6951 Via del Oro
    San Jose, CA 95119

    Paul M. Hyman, Esq.
    Hyman, Phelps & McNamara, P.C.
    700 13th Street, NW, Suite 1200
    Washington, D.C. 20005

    Meredith Manning, Esq.
    Hogan & Hartson, LLP
    555 13th Street, NW
    Washington, D.C. 20004

16 |     5. A Public Notice of Forfeiture Action was duly published in the San Jose Post Record on
17 | December 7, 14, and 21, 2007.  More than 30 days have elapsed since the last date of publication.
18 |     6. To date, no claim or Answer has been filed in this action.
19 |     7. The United States intends to file a request for entry of default shortly, followed by a motion
20 | for default judgment.
21 |     Accordingly, in light of the fact that no claim or answer has been filed in this action and that
22 | the United States intends to pursue the entry of a default judgment, the United States believes that
23 | a case management conference is unnecessary in this case and respectfully asks this Court to
24 | vacate the case management conference.

1  Dated: January 24, 2008            Respectfully submitted,

2                                     JOSEPH P. RUSSONIELLO
                                      United States Attorney
3

4
                                            /s/
5                                     EDWARD A. OLSEN
                                      Attorneys for Defendants
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28