```
JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6915
    FAX: (415) 436-7169

Attorneys for Defendants
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> An undetermined quantity of variously ) <br> labeled cases of an article of drug and ) <br> costmetic, each case containing variousl ) <br> quantities of boxes, each box containing ) <br> 1/0.2 ounce in tube, in in part: ) <br> ) <br> (case) ) <br> ) <br> "***EMBARGOED***" ) <br> ) <br> (box and tube) ) <br> ) <br> "***Age Intervention***EYELASH*** .2 ) <br> fl. oz. ***Made in USA for Jan Marini ) <br> Skin Research, Inc.*** San Jose, CA***," ) <br> ) <br> Defendant. ) <br> _____ ) | No. C 07-5388-JL <br><br> **REQUEST TO VACATE CASE MANAGEMENT CONFERENCE; AND [PROPOSED] ORDER** <br><br> Date:  January 30, 2008 <br> Time:  10:30 a.m. |

The plaintiff in the above-entitled action respectfully asks this Court to vacate the case management conference, based on the following:

1. On October 22, 2007, the United States filed a complaint in rem for forfeiture in the above-captioned case. The complaint seeks forfeiture of an undetermined quantity of variously labeled

REQUEST TO VACATE CMC
C 07-5388-JL                                                      1

1  cases of an article of drug and cosmetic in the possession of Jan Marini Skin Research, Inc., 6951

2  Via del Oro, San Jose, California, labeled Age Intervention Eyelash.

3      2. On November 1, 2007, this Court issued a Warrant of Arrest In Rem.

4      3. On November 16, 2007, the defendant property was arrested pursuant to the Warrant of

5  Arrest In Rem.

6      4. A Notice of Forfeiture Action was served by certified mail, return receipt requested, to the

7  following at their last known addresses:

8   Stewart Stone, Jr., Esq.
    Vice President & General Counsel
9   Jan Marini Skin Research, Inc.
    6951 Via del Oro
10  San Jose, CA 95119

11  Paul M. Hyman, Esq.
    Hyman, Phelps & McNamara, P.C.
12  700 13th Street, NW, Suite 1200
    Washington, D.C. 20005
13
    Meredith Manning, Esq.
14  Hogan & Hartson, LLP
    555 13th Street, NW
15  Washington, D.C. 20004

16      5. A Public Notice of Forfeiture Action was duly published in the San Jose Post Record on

17  December 7, 14, and 21, 2007.  More than 30 days have elapsed since the last date of publication.

18      6. To date, no claim or Answer has been filed in this action.

19      7. The United States intends to file a request for entry of default shortly, followed by a motion

20  for default judgment.

21      Accordingly, in light of the fact that no claim or answer has been filed in this action and that

22  the United States intends to pursue the entry of a default judgment, the United States believes that

23  a case management conference is unnecessary in this case and respectfully asks this Court to

24  vacate the case management conference.

REQUEST TO VACATE CMC
C 07-5388-JL                                    2

1 | Dated: January 24, 2008                    Respectfully submitted,

2 |                                             JOSEPH P. RUSSONIELLO
   |                                             United States Attorney

3

4

5 |                                              /s/
   |                                             EDWARD A. OLSEN
   |                                             Attorneys for Defendants

6

7

8 |                                    **ORDER**

9 | The plaintiff's request to vacate the case management conference is GRANTED.

10

11 | Date: January ___, 2008        _____
    |                                 JAMES LARSON
12 |                                 Chief United States Magistrate Judge