```
 1  JOSEPH P. RUSSONIELLO, CSBN 44332
    United States Attorney
 2  JOANN M. SWANSON, CSBN 88143
    Chief, Civil Division
 3  EDWARD A. OLSEN, CSBN 214150
    Assistant United States Attorney
 4
        450 Golden Gate Avenue, Box 36055
 5      San Francisco, California 94102
        Telephone: (415) 436-6915
 6      FAX: (415) 436-7169

 7  Attorneys for Defendants
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. C 07-5388-JL |
|     Plaintiff, ) | |
| v. ) | |
| An undetermined quantity of variously ) labeled cases of an article of drug and ) costmetic, each case containing variousl ) quantities of boxes, each box containing ) 1/0.2 ounce in tube, in in part: ) | **REQUEST TO VACATE CASE MANAGEMENT CONFERENCE; AND [PROPOSED] ORDER**<br><br>Date: January 30, 2008<br>Time: 10:30 a.m. |
| (case) ) | |
| "***EMBARGOED***" ) | |
| (box and tube) ) | |
| "***Age Intervention***EYELASH*** .2 ) fl. oz. ***Made in USA for Jan Marini ) Skin Research, Inc.*** San Jose, CA***," ) | |
|     Defendant. ) | |

The plaintiff in the above-entitled action respectfully asks this Court to vacate the case management conference, based on the following:

1. On October 22, 2007, the United States filed a complaint in rem for forfeiture in the above-captioned case. The complaint seeks forfeiture of an undetermined quantity of variously labeled

REQUEST TO VACATE CMC
C 07-5388-JL                                    1

1  cases of an article of drug and cosmetic in the possession of Jan Marini Skin Research, Inc., 6951

2  Via del Oro, San Jose, California, labeled Age Intervention Eyelash.

3      2. On November 1, 2007, this Court issued a Warrant of Arrest In Rem.

4      3. On November 16, 2007, the defendant property was arrested pursuant to the Warrant of

5  Arrest In Rem.

6      4. A Notice of Forfeiture Action was served by certified mail, return receipt requested, to the

7  following at their last known addresses:

Stewart Stone, Jr., Esq.
Vice President & General Counsel
Jan Marini Skin Research, Inc.
6951 Via del Oro
San Jose, CA 95119

Paul M. Hyman, Esq.
Hyman, Phelps & McNamara, P.C.
700 13th Street, NW, Suite 1200
Washington, D.C. 20005

Meredith Manning, Esq.
Hogan & Hartson, LLP
555 13th Street, NW
Washington, D.C. 20004

16     5. A Public Notice of Forfeiture Action was duly published in the San Jose Post Record on

17 December 7, 14, and 21, 2007. More than 30 days have elapsed since the last date of publication.

18     6. To date, no claim or Answer has been filed in this action.

19     7. The United States intends to file a request for entry of default shortly, followed by a motion

20 for default judgment.

21     Accordingly, in light of the fact that no claim or answer has been filed in this action and that

22 the United States intends to pursue the entry of a default judgment, the United States believes that

23 a case management conference is unnecessary in this case and respectfully asks this Court to

24 vacate the case management conference.

1  Dated: January 24, 2008                    Respectfully submitted,

2                                             JOSEPH P. RUSSONIELLO
                                              United States Attorney

                                                      /s/
                                              EDWARD A. OLSEN
                                              Attorneys for Defendants

**ORDER**

The plaintiff's request to vacate the case management conference is GRANTED.

Date: January __28__, 2008         _____
                                    JAMES LARSON
                                    Chief United States Magistrate Judge

REQUEST TO VACATE CMC
C 07-5388-JL                                  3