```
 1  JOSEPH P. RUSSONIELLO, CSBN 44332
    United States Attorney
 2  JOANN M. SWANSON, CSBN 88143
    Chief, Civil Division
 3  EDWARD A. OLSEN, CSBN 214150
    Assistant United States Attorney
 4
        450 Golden Gate Avenue, Box 36055
 5      San Francisco, California 94102
        Telephone: (415) 436-6915
 6      FAX: (415) 436-7169

 7  Attorneys for Defendants

 8
                            UNITED STATES DISTRICT COURT
 9
                          NORTHERN DISTRICT OF CALIFORNIA
10
                                SAN FRANCISCO DIVISION
11

12  UNITED STATES OF AMERICA,        )    No. C 07-5388-JL
                                     )
13         Plaintiff,                )
                                     )
14      v.                           )
                                     )
15  An undetermined quantity of variously ) REQUEST FOR ENTRY OF DEFAULT
    labeled cases of an article of drug and )
16  costmetic, each case containing variousl )
    quantities of boxes, each box containing )
17  1/0.2 ounce in tube, in in part:   )
                                     )
18  (case)                           )
                                     )
19  "***EMBARGOED***"                )
                                     )
20  (box and tube)                   )
                                     )
21  "***Age Intervention***EYELASH*** .2 )
    fl. oz. ***Made in USA for Jan Marini   )
22  Skin Research, Inc.*** San Jose, CA***," )
                                     )
23         Defendant.                )
                                     )

24
         TO:    RICHARD W. WEIKING
25              UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
26

27

28

    REQUEST FOR ENTRY OF DEFAULT
    C 07-5388-JL                        1
```

1   PLEASE ENTER THE DEFAULT OF THE DEFENDANT PROPERTY for failure to plead or
2   otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure.

4   Dated: February 19, 2008    Respectfully submitted,

5   JOSEPH P. RUSSONIELLO
    United States Attorney

8   /s/
    EDWARD A. OLSEN
    Attorneys for Defendants