1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Chief, Civil Division
3  EDWARD A. OLSEN, CSBN 214150
   Assistant United States Attorney
4
       450 Golden Gate Avenue, Box 36055
5      San Francisco, California 94102
       Telephone: (415) 436-6915
6      FAX: (415) 436-7169

7  Attorneys for Defendants

8
                     UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10
                         SAN FRANCISCO DIVISION
11

12 | UNITED STATES OF AMERICA,              )   No. C 07-5388-JL
                                            )
13 |         Plaintiff,                     )
                                            )
14 |      v.                                )
                                            )
15 | An undetermined quantity of variously  )   **PROOF OF SERVICE**
     labeled cases of an article of drug and)
16 | cosmetic, each case containing variousl)
     quantities of boxes, each box containing)
17 | 1/0.2 ounce in tube, in in part:       )
                                            )
18 | (case)                                 )
                                            )
19 | "***EMBARGOED***"                      )
                                            )
20 | (box and tube)                         )
                                            )
21 | "***Age Intervention***EYELASH*** .2   )
     fl. oz. ***Made in USA for Jan Marini  )
22 | Skin Research, Inc.*** San Jose, CA***,")
                                            )
23 |         Defendant.                     )
                                            )

24
       The undersigned certifies that she is an employee of the office of the United States Attorney
25
   for the Northern District of California and is a person of such age and discretion to be competent
26
   to serve papers. The undersigned further certifies that on February 19, 2008, she caused a copy of
27
   the following:
28

   Proof of Service
   C 07-5388-JL                              1

**Request for Entry of Default, and Declaration in Support of Request for Entry of Default** filed on February 19, 2008 and this **Proof of Service** to be served this date by first-class mail upon the person(s) at the address(es) stated below, which is (are) the last known address(es):

| | |
|---|---|
| Stewart Stone, Jr.<br>Vice President & General Counsel<br>Jan Marini Skin Research, Inc.<br>6951 Via del Oro<br>San Jose, CA 95119 | Paul M. Hyman, Esq.<br>Hyman, Phelps & McNamara, P.C.<br>700 13th Street, NW, Suite 1200<br>Washington, DC 20005 |

Meredith Manning, Esq.
Hogan & Harrison, LLP
553 13th Street, NW
Washington, DC 20004

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed on February 19, 2008 at San Francisco, California.

                                  /s/
                            CAROL E. WEXELBAUM
                            Legal Assistant