| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO, CSBN 44332 |
|   | United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143 |
|   | Chief, Civil Division |
| 3 | EDWARD A. OLSEN, CSBN 214150 |
|   | Assistant United States Attorney |
| 4 | |
|   | 450 Golden Gate Avenue, Box 36055 |
| 5 | San Francisco, California 94102 |
|   | Telephone: (415) 436-6915 |
| 6 | FAX: (415) 436-7169 |
| 7 | Attorneys for Plaintiff |

FILED
08 ... -5 PM 3:05
R I...
CLER...
NORTH... ...RICT COURT
...CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C 07-5388-JL |
| Plaintiff, | |
| v. | |
| An undetermined quantity of variously labeled cases of an article of drug and costmetic, each case containing variousl quantities of boxes, each box containing 1/0.2 ounce in tube, in in part: | **PROOF OF SERVICE** |
| (case) | |
| "***EMBARGOED***" | |
| (box and tube) | |
| "***Age Intervention***EYELASH*** .2 fl. oz. ***Made in USA for Jan Marini Skin Research, Inc.*** San Jose, CA***," | |
| Defendant. | |

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she served the following by certified mail: **Complaint in Rem for Forfeiture, Application for Warrant for Arrest in Rem;**

PROOF OF SERVICE
C 07-5388-JL                                              1

**Warrant for Arrest in Rem; Electronic Case Filing Program; Order Setting Initial Case Management Conference and ADR Deadlines; Notice of Availability of Magistrate Judge to Exercise Jurisdiction, and Notice of Forfeiture Action** on November 27, 2007, see Exhibit A, upon the persons at the addresses stated below.

Stewart Jones, Jr. Esq.
Vice President & General Counsel
Jan Marini Skin Research, Inc.
6951 Via del Oro
San Jose, CA 95119

Paul M. Hyman, Esq.
Hyman, Phelps & McNamara, P.C.
700 - 13th Street, NW, Suite 1200
Washington, D.C. 20005

Meredith Manning, Esq.
Hogan & Hartson, LLP
555 13th Street, NW
Washington, D.C. 20004

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: March 5, 2008

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

*/s/ Kathy Terry*
KATHY TERRY
Legal Assistant

# EXHIBIT A

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Meredith Manning, Esq.
Hogan & Hartson, LLP
555 13th Street, NW
Washington, DC 20004

RETURN RECEIPT REQ.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  C. Beckett    ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
C. BECKETT

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail     ☐ Express Mail
   ☐ Registered         ☐ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)
7004 2510 0006 4626 4706

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Stewart Stone, Jr., Esq.
Vice President & General Counsel
Jan Marini Skin Research, Inc.
6951 Via del Oro
San Jose, CA 95119

RETURN RECEIPT REQ.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  Mayela Ast    ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
Mayela Astorga    11-7-07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail     ☐ Express Mail
   ☐ Registered         ☐ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)
7004 2510 0006 4626 4720

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Paul M. Hyman, Esq.
Hyman, Phelps & McNamara, P.C.
700 13th Street, NW, Suite 1200
Washington, DC 20005

RETURN RECEIPT REQ.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  Nicole Bouk    ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
Nicole Bouk    11-29-07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail     ☐ Express Mail
   ☐ Registered         ☐ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)
7004 2510 0006 4626 4713

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540