**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

March 7, 2008

RE:  <u>CV 07-05388 JL</u>        <u>USA-v- AN UNDETERMINED QUANITY OF VARIOUSLY
LABLED CASES OF AN ARTICLE OF DRUG AND COSMETIC</u>

Default is entered as to Defendant on3/7/08.

RICHARD W. WIEKING, Clerk

byGloria Acevedo
Case/Systems Administrator
To Chief Magistrate Judge James Larson

NDC TR-4  Rev. 3/89