**EXHIBIT 1**

JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6915
FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>An undetermined quantity of variously labeled cases of an article of drug and cosmetic, each case containing various quantities of boxes, each box containing 1/0.2 ounce in tube, in in part:<br><br>(case)<br><br>"***EMBARGOED***"<br><br>(box and tube)<br><br>"***Age Intervention***EYELASH*** .2 fl. oz. ***Made in USA for Jan Marini Skin Research, Inc.*** San Jose, CA***,"<br><br>　　　　Defendant. | No. C 07-5388-JL<br><br>**DECLARATION IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT** |

　　Pursuant to Civil L.R. 7-5 and 28 U.S.C. § 1746, I, Edward A. Olsen, declare as follows:

　　1. I am employed as an Assistant United States Attorney for the Northern District of California and have been assigned to represent the plaintiff in the above-captioned case. As such, I have personal knowledge of the following facts and could testify regarding these facts if called to do so.

DECLARATION IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT
C 07-5388-JL                                                                1

1. I submit this declaration in support of plaintiff's request for entry of default.

2. On October 22, 2007, the United States filed a complaint in rem for forfeiture in the above-captioned case. The complaint sought forfeiture of an undetermined quantity of variously labeled cases of an article of drug and cosmetic in the possession of Jan Marini Skin Research, Inc., 6951 Via del Oro, San Jose, California, labeled Age Intervention Eyelash. A copy of the complaint is attached hereto as Exhibit 1.

3. On November 16, 2007, the defendant property was arrested pursuant to the Warrant of Arrest In Rem issued by this Court on November 1, 2007.

4. A Notice of Forfeiture Action, with a copy of the complaint, the application for warrant of arrest in rem, the warrant for arrest in rem, electronic case filing program, order setting initial case management conference and ADR deadlines, and notice of availability of magistrate judge to exercise jurisdiction, were served by certified mail, return receipt requested, on November 27, 2007, to the following at their last known addresses:

> Stewart Stone, Jr., Esq.
> Vice President & General Counsel
> Jan Marini Skin Research, Inc.
> 6951 Via del Oro
> San Jose, CA 95119
>
> Paul M. Hyman, Esq.
> Hyman, Phelps & McNamara, P.C.
> 700 13th Street, NW, Suite 1200
> Washington, D.C. 20005
>
> Meredith Manning, Esq.
> Hogan & Hartson, LLP
> 555 13th Street, NW
> Washington, D.C. 20004

Proof of Service on each of these individuals is attached hereto as Exhibit 2.

5. A Public Notice of Forfeiture Action was duly published in the San Jose Post Record on December 7, 14, and 21, 2007. Proof of publication is attached hereto as Exhibit 3. More than 30 days have elapsed since the last date of publication.

6. No one has filed a verified statement of right or interest, or claim, in the property within the time period specified the Notice of Forfeiture Action and Supplemental Rule G(5)(a)(ii)(A) for Admiralty or Maritime Claims and Asset Forfeiture Actions, and no one has filed an answer to the

DECLARATION IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT
C 07-5388-JL                                    2

1  complaint within 20 days filing a claim. *See also* Northern District of California Maritime and
2  Admiralty L.R. 4-2(a)(5)(i) and 4-2(a)(6).
3      I declare under penalty of perjury that the foregoing is true and correct and that this declaration
4  was executed under the laws of the United States on this 19th day of February, 2008, in San
5  Francisco, California.

6                                             /s/
                               EDWARD A. OLSEN

# EXHIBIT 2

**UNITED STATES DISTRICT COURT**
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

March 7, 2008

RE: <u>CV 07-05388 JL</u>     USA-v- AN UNDETERMINED QUANITY OF VARIOUSLY LABLED CASES OF AN ARTICLE OF DRUG AND COSMETIC

Default is entered as to Defendant on 3/7/08.

RICHARD W. WIEKING, Clerk

by Gloria Acevedo
Case Systems Administrator
To Chief Magistrate Judge James Larson

NDC TR-4  Rev. 3/89