JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6915
   FAX: (415) 436-7169

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>An undetermined quantity of variously labeled cases of an article of drug and cosmetic, each case containing various quantities of boxes, each box containing 1/0.2 ounce in tube, in part:<br><br>(case)<br><br>"***EMBARGOED***"<br><br>(box and tube)<br><br>"***Age Intervention***EYELASH*** .2 fl. oz. ***Made in USA for Jan Marini Skin Research, Inc.*** San Jose, CA***,"<br><br>    Defendant. | No. C 07-5388-JL<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR DEFAULT JUDGMENT AND FINAL ORDER OF FORFEITURE AND DESTRUCTION** |

    Upon consideration of plaintiff's unopposed Motion for Default Judgment, the supporting Declaration of Edward A. Olsen in Support of Request for Entry of Default, and all other pleadings filed herein, and for good cause shown, the Court hereby GRANTS plaintiff's Motion for Default Judgment. In so doing, the Court makes the following findings:

PROPOSED ORDER GRANTING MOTION FOR DEFAULT JUDGMENT
C 07-5388-JL                            1

1. Defendant property is a new drug within the meaning of 21 U.S.C. § 321(p) with no approval of application filed pursuant to 21 U.S.C. § 355;

2. Defendant property is a misbranded drug within the meaning of 21 U.S.C. § 352(f)(1);

3. Defendant property is an adulterated cosmetic within the meaning of 21 U.S.C. § 361(a);

4. Plaintiff provided notice of the forfeiture action to all potential claimants of the defendant property in compliance with Admiralty and Maritime Local Rule 6-1;

5. The time for filing of an answer or claim has expired; and,

6. No answers or claims were filed for the defendant property.

Accordingly, IT IS HEREBY ORDERED that, pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, a judgment of default be entered against the captioned defendant property.

IT IS FURTHER ORDERED that pursuant to 21 U.S.C. § 334(d), the defendant property shall be and hereby is condemned and forfeited to the United States of America.

IT IS FURTHER ORDERED that pursuant to 21 U.S.C. § 334(d)(1), the United States Marshal Service for the Northern District of California, shall destroy forthwith the forfeited defendant property in accordance with all applicable statutes and regulations, and make due return to this Court.

**IT IS SO ORDERED**.

DATED: _____

_____
HON. JAMES LARSON
United States Magistrate Judge