UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

USA

        Plaintiff(s),                        No. 07-05388 JL

      v.                               NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE

AN UNDETERMINED QUANITY OF VARIOUSLY LABLED CASES OF AN ARTICLE OF DRUG AND COSMETIC

        Defendant(s).
_____/

The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

(1)    One or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge, or

**XX**    (2)    One or more of the parties has sought a kind of judicial action (i.e., a motion for default judgment) that a United States Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

The **CASE MANAGEMENT CONFERENCE** previously scheduled for N?A , at 10:30 a.m. on Magistrate Judge Larson's calendar will **NOT** be held.

Dated: May 1, 2008

                                        Richard W. Wieking, Clerk
                                        United States District Court

                                        _____
                                        By: Wings Hom, Deputy Clerk