```
 1  JOSEPH P. RUSSONIELLO, CSBN 44332
    United States Attorney
 2  JOANN M. SWANSON, CSBN 88143
    Chief, Civil Division
 3  EDWARD A. OLSEN, CSBN 214150
    Assistant United States Attorney
 4
       450 Golden Gate Avenue, Box 36055
 5     San Francisco, California 94102
       Telephone: (415) 436-6915
 6     FAX: (415) 436-7169

 7  Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,              )<br>                                        )<br>       Plaintiff,                      )<br>                                        )<br>    v.                                 )<br>                                        )<br>An undetermined quantity of variously   )<br>labeled cases of an article of drug and )<br>cosmetic, each case containing various  )<br>quantities of boxes, each box containing)<br>1/0.2 ounce in tube, in part:          )<br>                                        )<br>(case)                                  )<br>                                        )<br>"***EMBARGOED***"                       )<br>                                        )<br>(box and tube)                          )<br>                                        )<br>"***Age Intervention***EYELASH*** .2   )<br>fl. oz. ***Made in USA for Jan Marini   )<br>Skin Research, Inc.*** San Jose, CA***,")<br>                                        )<br>       Defendant.                       )<br>_____)| No. C 07-5388-MMC<br><br>**PROOF OF SERVICE** |

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that on May 2, 2008, she caused a copy of the following: **Re-Notice of Motion and Motion for Default Judgment and [Proposed]**

Proof of Service
C 07-5388-MMC                                    1

**Order** electronically filed on May 2, 2008, and this Proof of Service to be served this date by first class mail upon the person(s) at the address(es) stated below, which is (are) the last know address(es).

Stewart Jones, Jr. Esq.
Vice President & General Counsel
Jan Marini Skin Research, Inc.
6951 Via del Oro
San Jose, CA 95119

Paul M. Hyman, Esq.
Hyman, Phelps & McNamara, P.C.
700 - 13th Street, NW, Suite 1200
Washington, D.C. 20005

Meredith Manning, Esq.
Hogan & Hartson, LLP
555 13th Street, NW
Washington, D.C. 20004

    I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: May 2, 2008

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

_____/s/_____
TIFFANI CHIU
Paralegal Specialist

Proof of Service
C 07-5388-MMC        2