EXHIBIT 2

**UNITED STATES DISTRICT COURT**
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

March 7, 2008

RE: CV 07-05388 JL    USA-v- AN UNDETERMINED QUANITY OF VARIOUSLY LABLED CASES OF AN ARTICLE OF DRUG AND COSMETIC

Default is entered as to Defendant on 3/7/08.

RICHARD W. WIEKING, Clerk

by Gloria Acevedo
Case Systems Administrator
To Chief Magistrate Judge James Larson

NDC TR-4 Rev. 3/89