EXHIBIT 1

JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6915
FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>    v.<br><br>An undetermined quantity of variously labeled cases of an article of drug and cosmetic, each case containing various quantities of boxes, each box containing 1/0.2 ounce in tube, in in part:<br><br>(case)<br><br>"***EMBARGOED***"<br><br>(box and tube)<br><br>"***Age Intervention***EYELASH*** .2 fl. oz. ***Made in USA for Jan Marini Skin Research, Inc.*** San Jose, CA***,"<br><br>      Defendant. | No. C 07-5388-JL<br><br>**DECLARATION IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT** |

    Pursuant to Civil L.R. 7-5 and 28 U.S.C. § 1746, I, Edward A. Olsen, declare as follows:

    1.  I am employed as an Assistant United States Attorney for the Northern District of California and have been assigned to represent the plaintiff in the above-captioned case.  As such, I have personal knowledge of the following facts and could testify regarding these facts if called to do so.

DECLARATION IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT
C 07-5388-JL                1

1   I submit this declaration in support of plaintiff's request for entry of default.

2       2.  On October 22, 2007, the United States filed a complaint in rem for forfeiture in the above-

3   captioned case.  The complaint sought forfeiture of an undetermined quantity of variously labeled

4   cases of an article of drug and cosmetic in the possession of Jan Marini Skin Research, Inc., 6951

5   Via del Oro, San Jose, California, labeled Age Intervention Eyelash.  A copy of the complaint is

6   attached hereto as Exhibit 1.

7       3.  On November 16, 2007, the defendant property was arrested pursuant to the Warrant of

8   Arrest In Rem issued by this Court on November 1, 2007.

9       4.  A Notice of Forfeiture Action, with a copy of the complaint, the application for warrant of

10  arrest in rem, the warrant for arrest in rem, electronic case filing program, order setting initial case

11  management conference and ADR deadlines, and notice of availability of magistrate judge to

12  exercise jurisdiction, were served by certified mail, return receipt requested, on November 27,

13  2007, to the following at their last known addresses:

14      Stewart Stone, Jr., Esq.
        Vice President & General Counsel
15      Jan Marini Skin Research, Inc.
        6951 Via del Oro
16      San Jose, CA 95119

17      Paul M. Hyman, Esq.
        Hyman, Phelps & McNamara, P.C.
18      700 13th Street, NW, Suite 1200
        Washington, D.C. 20005
19
        Meredith Manning, Esq.
20      Hogan & Hartson, LLP
        555 13th Street, NW
21      Washington, D.C. 20004

22      Proof of Service on each of these individuals is attached hereto as Exhibit 2.

23      5.  A Public Notice of Forfeiture Action was duly published in the San Jose Post Record on

24  December 7, 14, and 21, 2007.  Proof of publication is attached hereto as Exhibit 3.  More than 30

25  days have elapsed since the last date of publication.

26      6.  No one has filed a verified statement of right or interest, or claim, in the property within the

27  time period specified the Notice of Forfeiture Action and Supplemental Rule G(5)(a)(ii)(A) for

28  Admiralty or Maritime Claims and Asset Forfeiture Actions, and no one has filed an answer to the

DECLARATION IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT

complaint within 20 days filing a claim.  *See also* Northern District of California Maritime and Admiralty L.R. 4-2(a)(5)(i) and 4-2(a)(6).

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed under the laws of the United States on this 19th day of February, 2008, in San Francisco, California.

/s/
EDWARD A. OLSEN

DECLARATION IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT
C 07-5388-JL                                3

EXHIBIT 1

1   SCOTT N. SCHOOLS (SCSBN 9990)
    United States Attorney
2   JOANN M. SWANSON (CSBN 88143)
    Chief, Civil Division
3   EDWARD A. OLSEN (CSBN 214150)
    Assistant United States Attorney
4
        450 Golden Gate Avenue, Box 36055
5       San Francisco, California  94102
        Telephone:  (415) 436-6915
6       Facsimile:  (415) 436-6927

7   Attorneys for Plaintiff

8               IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,                    )
                                                 )
11              Plaintiff,                        )   Civil No.    C 07   5388
                                                 )
12          v.                                    )
                                                 )
13  An undetermined quantity of vari-            )   COMPLAINT IN REM
    ously labeled cases of an article           )    FOR FORFEITURE
14  of drug and cosmetic, each case             )
    containing various quantities of            )
15  boxes, each box containing 1/0.2            )
    ounce tube, in part:                        )
16                                               )
    (case)                                       )
17                                               )
    "*** EMBARGOED ***"                          )
18                                               )
    (box and tube)                               )
19                                               )
    "*** Age Intervention *** EYELASH           )
20  *** .2 fl. oz. *** Made in USA for          )
    Jan Marini Skin Research, Inc. ***          )
21  San Jose, CA ***,"                           )
                                                 )
22              Defendant.                        )
                                                 )
23  ────────────────────────────────

24      The United States of America hereby asserts the following claim against the defendant article

25  of drug and cosmetic:

26

27

28



**NATURE OF THE ACTION**

I.

This complaint is filed by the United States of America, and requests seizure and condemnation of an article of drug and cosmetic, as described in the caption, in accordance with the Federal Food, Drug, and Cosmetic Act (Act), 21 U.S.C. 301 et seq.

II.

The article of drug and cosmetic is in the possession of Jan Marini Skin Research, Inc. (JMSR), 6951 Via del Oro, San Jose, California, or elsewhere within the jurisdiction of this Court, which article, as described in the caption, consists in whole or in part of components that were shipped in interstate commerce from outside the State of California.

JURISDICTION AND VENUE

III.

Plaintiff brings this action in rem in its own right to condemn and forfeit the defendant property. This Court has jurisdiction over an action commenced by the United States under 28 U.S.C. § 1345 and 21 U.S.C. § 334, which provides the court with jurisdiction over seizures brought under the Act.

IV.

This Court has in rem jurisdiction over the defendant property because the defendant is located in the Northern District of California. Upon filing of the complaint, the plaintiff requests the Court issue an arrest warrant in rem pursuant to Supplemental Rule G(3)(b), which the plaintiff will execute upon the property pursuant to Supplemental Rule G(3).

BASIS FOR FORFEITURE

V.

The article is a drug within the meaning of the Act, 21 U.S.C. § 321(g)(1)(C), because it is intended to affect the structure or function of the body of man or other animals, that may not be introduced or delivered for introduction into interstate commerce pursuant to 21 U.S.C. § 355(a) in that it is a new drug within the meaning of 21 U.S.C. § 321(p) and no approval of an application filed pursuant to 21 U.S.C. § 355(b) is in effect for such drug.

VI.

The article is a misbranded drug within the meaning of the Act, 21 U.S.C. § 352(f)(1), in that its labeling fails to bear adequate directions for use and it is not exempt from such requirement under 21 C.F.R. § 201.115 because the article is an unapproved new drug.

VII.

The article is also a cosmetic within the meaning of the Act, 21 U.S.C. § 321(i)(1), because it is intended to be applied to the human body or any part thereof for cleansing, beautifying, promoting attractiveness, or altering the appearance. The article is adulterated within the meaning of 21 U.S.C. § 361(a) in that it bears or contains a poisonous and deleterious substance, namely bimatoprost, which may render it injurious to users under the conditions of use prescribed in the labeling or under such conditions of use as are customary or usual.

VIII.

In light of the foregoing, the article is held illegally within the jurisdiction of this Court and is liable to seizure and condemnation pursuant to the provisions of 21 U.S.C. § 334.

FACTS

IX.

The Food and Drug Administration (FDA) conducted its initial inspection at JMSR on August 10, 2006, in response to consumer complaints alleging that Age Intervention Eyelash included an active pharmaceutical ingredient, bimatoprost, in its formulation. During the inspection, investigators became aware of Age Intervention Eyelash customer complaints received by JMSR that included blurry vision, pimples, redness and itching around the eyes. FDA collected and analyzed a sample of the product and confirmed the presence of bimatoprost.

X.

Bimatoprost is the active ingredient in the approved prescription drug product Lumigan ophthalmic solution, which is indicated to treat elevated intraocular pressure (glaucoma). The approved prescription labeling for Lumigan lists growth of eyelashes as a side effect of the product. JMSR's Age Intervention Eyelash product, a translucent gel applied along the root area of eyelashes, capitalizes on this side effect by labeling the product as containing "EYELASH GROWTH

1    FACTOR." Other product labeling asserts "Now you can dramatically enhance eyelash growth..."

2    and "With continued application, your eyelashes will respond progressively in thickness and length,"

3    which claims represent that the product will affect the structure and function of the body.

4                                          XI.

5        FDA physicians performed a health hazard evaluation on the Age Intervention Eyelash

6    product, and noted that because the concentrations of bimatoprost in Age Intervention Eyelash and

7    Lumigan are the same, the expected adverse event profile for the two products would be similar.

8    The FDA-approved labeling for Lumigan lists many side effects including, but not limited to,

9    conjunctival hyperemia, ocular pruritus, dryness and burning, blepharitis (inflammation of the

10    eyelids), visual disturbance, eye pain, superficial punctate keratitis (loss of cells in the top layer of

11    the cornea, such layer being the eye's barrier against eye infection), iritis (inflammation of the iris),

12    and macular edema (swelling of the retina). In addition, Age Intervention Eyelash consumers who

13    are already using Lumigan or another prostaglandin analog-containing medication, may experience

14    a loss of effectiveness in their intra-ocular pressure-lowering medication. Loss of effectiveness in

15    the control of intraocular pressure can lead to damage of the optic nerve. Damage to the optic nerve

16    caused by elevated ocular pressure (glaucoma) is permanent and can lead to blindness.

17                                          XII.

18        When FDA approves a prescription drug, such as Lumigan, safety concerns are weighed

19    against the potential benefits, as part of the approval process. However, in the case of a cosmetic

20    like Age Intervention Eyelash, the risks are not balanced against any benefits, which in any case in

21    a cosmetic preparation are transient, not clinical, and subjective. In addition, cosmetic consumers

22    are neither warned of such risks in the Age Intervention Eyelash labeling nor are they likely to use

23    the product under the oversight of a physician or trained healthcare professional.

24                                          XIII.

25        On September 14, 2006, the State of California Department of Health Services (CDHS),

26    pursuant to California Health and Safety Code (H&SC) 111860, embargoed the Age Intervention

27    Eyelash product at JMSR premises. This action was taken because CDHS considered the product

28    a misbranded and unapproved new drug pursuant to H&SC 109925, among other violations.

### XIV.

FDA has advised JMSR that the product violates the Act. On March 23, 2007, FDA sent a letter to JMSR, informing JMSR that the product's labeling, which included claims for enhanced eyelash growth, rendered Age Intervention Eyelash an unapproved new drug in violation of 21 U.S.C. § 355(a). The letter also advised JMSR that even in the absence of claims that cause the product to be a drug, the product would be an adulterated cosmetic under 21 U.S.C. § 361(a). The letter also warned JMSR that failure to comply with the Act would subject the firm to enforcement action without further notice.

### XV.

By letter dated May 3, 2007, JMSR provided additional data to FDA in an attempt to demonstrate that the product was a safe cosmetic. FDA doctors have reviewed these data and determined that those data do not alter FDA's safety concerns about the Age Intervention Eyelash product.

WHEREFORE, the United States respectfully requests that process issue against the article; that all persons having any interest in the articles be cited to appear herein and answer the allegations of the complaint; that this Court decree the forfeiture of the defendant article; that the article be disposed of as this Court may direct pursuant to the provisions of the Act; and that plaintiff have such other and further relief as the may require.

Dated: October 22, 2007

SCOTT N. SCHOOLS
United States Attorney

EDWARD A. OLSEN
Assistant United States Attorney

Attorneys for the United States

– 5 –

1

<u>VERIFICATION</u>

2

    I, Warren E. Savary, Compliance Officer for the U.S. Food and Drug Administration, San

3

Francisco District Office, declare under penalty of perjury, as provided by 28 U.S.C. 1746, that I

4

have read the foregoing Complaint for Forfeiture and that the information contained therein is true

5

and correct to the best of my knowledge, information, and belief.

6

7

Executed this _20_ day of _October_ , 2007.

8

9

10

                          Warren E. Savary
                          Compliance Officer
                          Food and Drug Administration

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT 2

1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2
   JOANN M. SWANSON (CSBN 88143)
3  Chief, Civil Division

4  EDWARD A. OLSEN (CSBN 214150)
   Assistant United States Attorney
5
      450 Golden Gate Avenue, Box 36055
6     San Francisco, California 94102
      Telephone: (415) 436-6915
7     FAX: (415) 436-7169

8  Attorneys for Plaintiff

9                       UNITED STATES DISTRICT COURT

10                     NORTHERN DISTRICT OF CALIFORNIA

11                        SAN FRANCISCO DIVISION

12

13  UNITED STATES OF AMERICA,            )
                                         )
14              Plaintiff,               )     No. C 07-5388 JL
                                         )
15          v.                           )     **PROOF OF SERVICE**
                                         )
16  An undetermined quantity of variously )
    labeled cases of an article of drug and )
17  cosmetic, each case containing various )
    quantities of boxes, each box containing )
18  1/0.2 ounce tube, in part:           )
                                         )
19  (case)                               )
                                         )
20  "*** EMBARGOED ***"                  )
                                         )
21  (box and tube)                       )
                                         )
22  "*** Age Intervention *** EYELASH    )
    *** .2 fl. oz. *** Made in USA for Jan )
23  Marini Skin Research, Inc. *** San Jose, )
    CA ***,"                             )
24                                       )
                Defendants.              )
25  _____ )

26      The undersigned hereby certifies that she is an employee of the Office of the United States

27  Attorney for the Northern District of California and is a person of such age and discretion to be

28  competent to serve papers.  The undersigned further certifies that on November 27, 2007, she

    PROOF OF SERVICE
    No. C 07-5388 JL

1  caused a copy of **Complaint in Rem for Forfeiture, Application for Warrant for Arrest in**

2  **Rem, Warrant For Arrest In Rem, Electronic Case Filing Program, Order Setting Initial**

3  **Case Management Conference and ADR Deadlines, Notice of Availability of Magistrate**

4  **Judge to Exercise Jurisdiction and Notice of Forfeiture Action** to be served by certified mail

5  upon the party(ies) at the address(es)  stated below, which is/are the last known address(es):

6

7  Stewart Stone, Jr., Esq.                                      Paul M. Hyman, Esq.
   Vice President & General Counsel                  Hyman, Phelps & McNamara, P.C.
8  Jan Marini Skin Research, Inc.                       700 13th Street, NW, Suite 1200
   6951 Via del Oro                                              Washington, DC 20005
9  San Jose, CA 95119

10 Meredith Manning, Esq.
   Hogan & Hartson, LLP
11 555 13th Street, NW
   Washington, DC 20004

12

13  ____√____          **BY CERTIFIED MAIL** by placing a true copy thereof in a sealed envelope with
                              postage thereon fully prepaid in the designated area for outgoing U.S. mail in
14                           accordance with this office's practice.

15  _____          **BY PERSONAL SERVICE (BY MESSENGER):** I caused such envelope to be
                              delivered by hand to the person or offices of each addressee above.
16
    _____          **BY FACSIMILE (FAX):** I caused each such document to be sent by facsimile to
17                            the person or offices of each addressee above.

18  _____          **BY E-MAIL:** I caused each such document to be sent by e-mail to the person or
                              offices of each address above.
19
    _____          **BY FEDERAL EXPRESS**
20

21      I declare under penalty of perjury under the laws of the State of California that the foregoing

22  is true and correct.  Executed this 27th day of November, 2007 at San Francisco, California.

23                                            _____/s/_____
                                                    KATHY TERRY
24                                            Legal Assistant

25

26

27

28

1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney

2
   JOANN M. SWANSON (CSBN 88143)
3  Chief, Civil Division

4  EDWARD A. OLSEN (CSBN 214150)
   Assistant United States Attorney

5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-6915
7      FAX: (415) 436-7169

8  Attorneys for Plaintiff

9
                   UNITED STATES DISTRICT COURT
10
                 NORTHERN DISTRICT OF CALIFORNIA
11
                    SAN FRANCISCO DIVISION
12

13  UNITED STATES OF AMERICA,          )
                                       )
14              Plaintiff,             )        No. C 07-5388 JL
                                       )
15          v.                         )        **NOTICE OF FORFEITURE ACTION**
                                       )
16  An undetermined quantity of variously )
    labeled cases of an article of drug and )
17  cosmetic, each case containing various )
    quantities of boxes, each box containing )
18  1/0.2 ounce tube, in part:         )
                                       )
19  (case)                             )
                                       )
20  "*** EMBARGOED ***"                )
                                       )
21  (box and tube)                     )
                                       )
22  "*** Age Intervention *** EYELASH  )
    *** .2 fl. oz. *** Made in USA for Jan )
23  Marini Skin Research, Inc. *** San Jose, )
    CA ***,"                           )
24                                     )
                Defendants.            )
25  _____   )

26      On October 22, 2007, the United States Attorney for the Northern District of California filed

27  a Verified Complaint for Forfeiture against the above-captioned articles, pursuant to Title 21,

28  United States Code, Section 334 and an Arrest Warrant In Rem was issued by the Hon. James

NOTICE OF FORFEITURE ACTION
No. C 07-5388 JL

1 | Larson, United States District Court Judge.

2 |     Pursuant to rule G(4)(b) of the Supplemental Rules for Admiralty or Maritime and Asset

3 | Forfeiture Claims, direct notice of this action was sent to Stewart Stone, Esq., counsel for Jan

4 | Marini Skin Research, Inc., at 6951 Via del Oro, San Jose, CA 95119, on November 27, 2007.

5 |     Any person who asserts an interest in the defendant property may contest the forfeiture by

6 | filing a claim in the United States District Court, Northern District of California, 450 Golden

7 | Gate Avenue, 16th Floor, San Francisco, California 94102 under case <u>U.S. v. An undetermined</u>

8 | <u>quantity ... of an article of drug and cosmetic ... Age Intervention, et al</u>, C 07-5388-JL, by January

9 | 4, 2008 in accordance with Rule G(5) of the Supplemental Rules for Admiralty or Maritime and

10 | Asset Forfeiture Claims.  Additionally, a claimant must serve and file an answer to the complaint

11 | or a motion under Rule 12 of the Federal Rules of Civil Procedure within 20 days after filing the

12 | claim.

13 |     Claims and Answers are to be filed with the Clerk, United States District Court, Northern

14 | District of California, 450 Golden Gate Avenue, 16th Floor, San Francisco, California 94102 with

15 | a copy thereof sent to Edward A. Olsen, Assistant United States Attorney, United States

16 | Attorney's Office, 450 Golden Gate Avenue, 9th Floor, San Francisco, California 94102.

17 | DATED: November 27, 2007           Respectfully submitted,

18 |                            SCOTT N. SCHOOLS
United States Attorney

21 |                            EDWARD A. OLSEN
Assistant United States Attorney

NOTICE OF FORFEITURE ACTION
No. C 07-5388 JL                 2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the Office of the United

States Attorney for the Northern District of California and is a person of such age and discretion

to be competent to serve papers.  The undersigned further certifies that she is causing a copy of

the following:   **NOTICE OF FORFEITURE ACTION**

to be served this date upon the party(ies) indicated below at the address(es) shown:

Stewart Stone, Jr., Esq.                        Paul M. Hyman, Esq.
Vice President & General Counsel                Hyman, Phelps & McNamara, P.C.
Jan Marini Skin Research, Inc.                  700 13th Street, NW, Suite 1200
6951 Via del Oro                                Washington, DC 20005
San Jose, CA 95119

Meredith Manning, Esq.
Hogan & Hartson, LLP
555 13th Street, NW
Washington, DC 20004

___√___          **BY CERTIFIED MAIL** by placing a true copy thereof in a sealed envelope with
                 postage thereon fully prepaid in the designated area for outgoing U.S. mail in
                 accordance with this office's practice.

_____          **BY PERSONAL SERVICE (BY MESSENGER):** I caused such envelope to be
                 delivered by hand to the person or offices of each addressee above.

_____          **BY FACSIMILE (FAX):** I caused each such document to be sent by facsimile to
                 the person or offices of each addressee above.

_____          **BY E-MAIL:** I caused each such document to be sent by e-mail to the person or
                 offices of each address above.

_____          **BY FEDERAL EXPRESS**

I declare under penalty of perjury under the laws of the State of California that the

foregoing is true and correct.  Executed this 27th day of November, 2007 at San Francisco,

California.

_____
KATHY TERRY
Legal Assistant

NOTICE OF FORFEITURE ACTION
No. C 07-5388 JL                        3

# EXHIBIT 3

1   JOSEPH P. RUSSONIELLO (CSBN 44332)
    United States Attorney
2   JOANN M. SWANSON (CSBN 88143)
    Chief, Civil Division
3   EDWARD A. OLSEN (CSBN 214150)
    Assistant United States Attorney
4
        450 Golden Gate Avenue, Box 36055
5       San Francisco, California  94102
        Telephone:  (415) 436-6915
6       Facsimile:  (415) 436-6927

7   Attorneys for Plaintiff

8               IN THE UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,                    )
                                                 )
11              Plaintiff,                        )   Civil No. 07-5388-JL
                                                 )
12              v.                                )
                                                 )
13  An undetermined quantity of vari-            )   PROOF OF PUBLICATION
    ously labeled cases of an article            )
14  of drug and cosmetic, each case              )
    containing various quantities of             )
15  boxes, each box containing 1/0.2             )
    ounce tube, in part:                         )
16                                               )
    (case)                                       )
17                                               )
    "*** EMBARGOED ***"                          )
18                                               )
    (box and tube)                               )
19                                               )
    "*** Age Intervention *** EYELASH            )
20  *** .2 fl. oz. *** Made in USA for           )
    Jan Marini Skin Research, Inc. ***           )
21  San Jose, CA ***,"                           )
                                                 )
22              Defendant.                        )
                                                 )
    _____  )

23

24      The United States hereby submits the attached Proof of Publication by the San Jose Post-

    Record.
25

26                                  JOSEPH P. RUSSONIELLO
                                    United States Attorney

27                                  _____/s/_____
    Dated: January 17, 2008         EDWARD A. OLSEN
28                                  Assistant United States Attorney

**SAN JOSE POST-RECORD**

This space for filing stamp only

95 S. Market St., Ste. 535, SAN JOSE, CA 95113
Telephone (408) 287-4866 / Fax (408) 287-2544

MICHELLE HOWARD
U.S. MARSHALS SERVICES/ASSETS &
450 GOLDEN GATE AVE BOX 36056
SAN FRANCISCO, CA - 94102

SJ#: 1241946

SJ-1241946#

**UNITED STATES
DISTRICT COURT**

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA, Plaintiff, v. An undetermined quantity of variously labeled cases of an article of drug and cosmetic, each case containing various quantities of boxes, each box containing 1/0.2 ounce tube, in part: (case) EMBARGOED **** (box and tube) *** "EYELASH *** .2 fl. oz. *** Made in USA for Jan Marini Skin Research, Inc. *** San Jose, CA ***," Defendants.

No. C 07-5388 JL

**PROOF OF PUBLICATION**

(2015.5 C.C.P.)

State of California        )
County of SANTA CLARA      ) ss

Notice Type:  USM - US MARSHAL S PUBLICATION

Ad Description: C 07-5388 / USA V. VARIOUSLY LABELED CASES OF
AN ARTICLE OF DRUG AND COSMETICS....

I am a citizen of the United States and a resident of the State of California; I am over the age of eighteen years, and not a party to or interested in the above entitled matter. I am the principal clerk of the printer and publisher of the SAN JOSE POST-RECORD, a newspaper published in the English language in the city of SAN JOSE, county of SANTA CLARA, and adjudged a newspaper of general circulation as defined by the laws of the State of California by the Superior Court of the County of SANTA CLARA, State of California, under date 02/03/1922, Case No. 27844. That the notice, of which the annexed is a printed copy, has been published in each regular and entire issue of said newspaper and not in any supplement thereof on the following dates, to-wit:

12/07/2007, 12/14/2007, 12/21/2007

Executed on: 12/21/2007
At Los Angeles, California

I certify (or declare) under penalty of perjury that the foregoing is true and correct.

_____
Signature

**NOTICE OF
FORFEITURE ACTION**

On October 22, 2007, the United States Attorney for the Northern District of California filed a Verified Complaint for Forfeiture against the above-captioned articles, pursuant to Title 21, United States Code, Section 334 and an Arrest Warrant In Rem was issued by the Hon. James Larson, United States District Court Judge.

Pursuant to rule G(4)(b) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims, direct notice of this action was sent to Stewart Stone, Esq., counsel for Jan Marini Skin Research, Inc., at 6951 Via del Oro, San Jose, CA 95119, on November 27, 2007.

Any person who asserts an interest in the defendant property may contest the forfeiture by filing a claim in the United States District Court, Northern District of California, 450 Golden Gate Avenue, 16th Floor, San Francisco, California 94102 under case U.S. v. An undetermined quantity ... of an article of drug and cosmetic ... Age Intervention, et al, C 07-5388-JL, by January 4, 2008 in accordance with Rule G(5) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims. Additionally, a claimant must serve and file an answer to the complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within 20 days after filing the claim.

Claims and Answers are to be filed with the Clerk, United States District Court, Northern District of California, 450 Golden Gate Avenue, 16th Floor, San Francisco, California 94102 with a copy thereof sent to Edward A. Olsen, Assistant United States Attorney, United States Attorney's Office, 450 Golden Gate Avenue, 9th Floor, San Francisco, California 94102.

DATED: November 27, 2007

Respectfully submitted,
SCOTT N. SCHOOLS
United States Attorney

/s/ EDWARD A. OLSEN
Assistant United States Attorney

12/7, 12/14, 12/21/07

RECEIVED
UNITED STATES MARSHAL
NORTHERN DISTRICT
OF CALIFORNIA

07 DEC 28  PM 2: 02


*A00000382496*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the Office of the United States

Attorney for the Northern District of California and is a person of such age and discretion to be

competent to serve papers.  The undersigned further certifies that on she caused a copy of the

following:

**Proof of Publication**

to be served by certified mail upon the party(ies) at the address(es)  stated below, which is/are the

last known address(es):

Stewart Stone, Jr., Esq.                     Paul M. Hyman, Esq.
Vice President & General Counsel             Hyman, Phelps & McNamara, P.C.
Jan Marini Skin Research, Inc.               700 13th Street, NW, Suite 1200
6951 Via del Oro                             Washington, DC 20005
San Jose, CA 95119

Meredith Manning, Esq.
Hogan & Hartson, LLP
555 13th Street, NW
Washington, DC 20004

√        **BY FIRST CLASS MAIL** by placing a true copy thereof in a sealed envelope
with postage thereon fully prepaid on the designated area for outgoing U.S. mail
in accordance with this offices' practice.

_____    **BY CERTIFIED MAIL** by placing a true copy thereof in a sealed envelope with
postage thereon fully prepaid in the designated area for outgoing U.S. mail in
accordance with this office's practice.

_____    **BY PERSONAL SERVICE (BY MESSENGER)**: I caused such envelope to be
delivered by hand to the person or offices of each addressee above.

_____    **BY FACSIMILE (FAX)**: I caused each such document to be sent by facsimile to
the person or offices of each addressee above.

_____    **BY E-MAIL**: I caused each such document to be sent by e-mail to the person or
offices of each address above.

_____    **BY FEDERAL EXPRESS**

I declare under penalty of perjury under the laws of the State of California that the foregoing

is true and correct.  Executed  January 17, 2008 at San Francisco, California.

            /s/
            KATHY TERRY
            Legal Assistant