```
 1  JOSEPH P. RUSSONIELLO, CSBN 44332
    United States Attorney
 2  JOANN M. SWANSON, CSBN 88143
    Chief, Civil Division
 3  EDWARD A. OLSEN, CSBN 214150
    Assistant United States Attorney
 4
       450 Golden Gate Avenue, Box 36055
 5     San Francisco, California 94102
       Telephone: (415) 436-6915
 6     FAX: (415) 436-7169

 7  Attorneys for Defendants
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. C 07-5388-MMC |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| An undetermined quantity of variously ) | **PROOF OF SERVICE** |
| labeled cases of an article of drug and ) | |
| cosmetic, each case containing various ) | |
| quantities of boxes, each box containing ) | |
| 1/0.2 ounce in tube, in in part: ) | |
| ) | |
| (case) ) | |
| ) | |
| "***EMBARGOED***" ) | |
| ) | |
| (box and tube) ) | |
| ) | |
| "***Age Intervention***EYELASH*** .2 ) | |
| fl. oz. ***Made in USA for Jan Marini ) | |
| Skin Research, Inc.*** San Jose, CA***," ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

    The undersigned certifies that she is an employee of the office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that on June 11, 2008, she caused a copy of the following:

Proof of Service
C 07-5388-MMC                                        1

1  **Case Management Conference Order and Standing Orders for Civil Cases Assigned to the**
2  **Honorable Maxine M. Chesney** e-filed on May 8, 2008 and this **Proof of Service** to be served
3  this date by first-class mail upon the person(s) at the address(es) stated below, which is (are) the
4  last known address(es):

| | |
|---|---|
| Stewart Stone, Jr.<br>Vice President & General Counsel<br>Jan Marini Skin Research, Inc.<br>6951 Via del Oro<br>San Jose, CA 95119 | Paul M. Hyman, Esq.<br>Hyman, Phelps & McNamara, P.C.<br>700 13th Street, NW, Suite 1200<br>Washington, DC 20005 |

Meredith Manning, Esq.
Hogan & Harrison, LLP
553 13th Street, NW
Washington, DC 20004

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on June 11, 2008 at San Francisco, California.

```
                              /s/
                    ―――――――――――――――――――
                    CAROL E. WEXELBAUM
                    Legal Assistant
```

Proof of Service
C 07-5388-MMC                              2