JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6915
   FAX: (415) 436-6927

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br>       Plaintiff, ) <br>   v. ) <br> An undetermined quantity of variously ) <br> labeled cases of an article of drug and ) <br> cosmetic, each case containing various ) <br> quantities of boxes, each box containing ) <br> 1/0.2 ounce in tube, in part: ) <br> (case) ) <br> "***EMBARGOED***" ) <br> (box and tube) ) <br> "***Age Intervention***EYELASH*** .2 ) <br> fl. oz. ***Made in USA for Jan Marini ) <br> Skin Research, Inc.*** San Jose, CA***," ) <br>       Defendant. ) | No. C 07-5388-MMC <br><br> **GOVERNMENT'S REPLY** <br><br> Hearing Date:    June 27, 2008 <br> Time:              9:00 a.m. |

    The United States filed a motion for default judgment on May 2, 2008, seeking entry of a default judgment of condemnation, forfeiture, and destruction against an undetermined quantity of variously labeled cases of an article of drug and cosmetic ("defendant property"). The United States noticed the motion for June 27, 2008, at 9:00 a.m. No opposition to the United States'

REPLY
C 07-5388-MMC                                       1

motion for default judgment has been filed in accordance with Civ. L. R. 7-3 (stating that any opposition to a motion must be served and filed not less than 21 days before the hearing date).

Accordingly, the United States respectfully asks this Court to enter a default judgment of condemnation, forfeiture, and destruction against the defendant property in accordance with the proposed order that the United States submitted with its motion for default judgment.

The United States also asks this Court to vacate the hearing on the motion for default judgment as unnecessary.

DATED:  June 11, 2008                    Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney


 /s/
EDWARD A. OLSEN
Assistant United States Attorney

Of Counsel:
JAMES C. STANSEL
Acting General Counsel

GERALD F. MASOUDI
Associate General Counsel
Food and Drug Division

ERIC M. BLUMBERG
Deputy Chief Counsel, Litigation
Food and Drug Division

PAIGE H. TAYLOR
Associate Chief Counsel for Enforcement
U.S. Dept. of Health & Human Services
Office of the General Counsel
5600 Fishers Lane
Rockville, MD  20857
(301) 827-1161

REPLY
C 07-5388-MMC                              2