JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6915
   FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>    Plaintiff, ) <br> ) <br>   v. ) <br> ) <br> An undetermined quantity of variously ) <br> labeled cases of an article of drug and ) <br> cosmetic, each case containing various ) <br> quantities of boxes, each box containing ) <br> 1/0.2 ounce in tube, in in part: ) <br> ) <br> (case) ) <br> ) <br> "***EMBARGOED***" ) <br> ) <br> (box and tube) ) <br> ) <br> "***Age Intervention***EYELASH*** .2 ) <br> fl. oz. ***Made in USA for Jan Marini ) <br> Skin Research, Inc.*** San Jose, CA***," ) <br> ) <br>    Defendant. ) <br> _____ ) | No. C 07-5388-MMC <br><br> **PROOF OF SERVICE** |

    The undersigned certifies that she is an employee of the office of the United States Attorney

for the Northern District of California and is a person of such age and discretion to be competent

to serve papers.  The undersigned further certifies that on June 12, 2008, she caused a copy of the

following:

Proof of Service
C 07-5388-MMC                      1

**Government's Reply** e-filed on June 11, 2008 and this **Proof of Service** to be served this date by first-class mail upon the person(s) at the address(es) stated below, which is (are) the last known address(es):

| | |
|---|---|
| Stewart Stone, Jr.<br>Vice President & General Counsel<br>Jan Marini Skin Research, Inc.<br>6951 Via del Oro<br>San Jose, CA 95119 | Paul M. Hyman, Esq.<br>Hyman, Phelps & McNamara, P.C.<br>700 13th Street, NW, Suite 1200<br>Washington, DC 20005 |

Meredith Manning, Esq.
Hogan & Harrison, LLP
553 13th Street, NW
Washington, DC 20004

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on June 12, 2008 at San Francisco, California.

                                                          /s/
                                    CAROL E. WEXELBAUM
                                    Legal Assistant