IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>An undetermined quantity of variously labeled cases of an article of drug and cosmetic, each case containing various quantities of boxes, each box containing 1/0.2 ounce in tube in part:<br>(case)<br>***EMBARGOED***<br>(box and tube)<br>"**Age Intervention**EYELASH**.2 fl. oz.***Made in USA for Jan Marini Skin Research, Inc.***San Jose, CA***"<br><br>        Defendant.<br>_____/ | No. CV-07-5388 MMC<br><br>**JUDGMENT IN A CIVIL CASE** |

    **( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, a judgment of default be entered against the captioned defendant property.

    **IT IS FURTHER ORDERED** that pursuant to 21 U.S.C. § 334(d), the defendant property shall be and hereby is condemned and forfeited to the United States of America.

1  **IT IS FURTHER ORDERED** that pursuant to 21 U.S.C. § 334(d)(1), the United
2  States Marshal Service for the Northern District of California, shall destroy forthwith the
3  forfeited defendant property in accordance with all applicable statutes and regulations,
4  and make due return to this Court.

Dated: June 19, 2008                                     Richard W. Wieking, Clerk

*Tracy Lucero*

By: <u>Tracy Lucero</u>
<u>Deputy Clerk</u>